JS-6/ENTER

**ENTERED**
CLERK, U.S. DISTRICT COURT
December 16, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
December 16, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MICHAEL GALVEZ,<br><br>            Petitioner,<br><br>    v.<br><br>GREG LEWIS,<br><br>            Respondent. | Case No. CV 13-1279-SVW (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting In Part the Findings and Recommendations of the United States Magistrate Judge, as well as the Separate Opinion filed therein, IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: December 8, 2014

*/s/ Stephen V. Wilson*

STEPHEN V. WILSON
United States District Judge